UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LAMONT BROWN, | No. C 07-4609 SI (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| D. K. SISTO, warden; et al., | |
| Defendants. | |

Ricky Lamont Brown filed this civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred when he was incarcerated at the California State Prison in Vacaville. Vacaville is in Solano County, within the venue of the Eastern District of California. The defendants also apparently reside within the venue of the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September 13, 2007

SUSAN ILLSTON
United States District Judge