UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General No. 415.522.2000

**FILED**

SEP 2 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

September 17, 2007

USDC for the Eastern District of California
Clerk's Office
4-200 United State Courthouse
501 I Street
Sacramento, CA 95814-2322

07CV 1949 FCD GGH

RE: CV 07-04609 SI  RICKY LAMONT BROWN-v-D.K. SISTO

Dear Clerk,

   Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

| | |
|---|---|
| ☒ | Certified copy of docket entries. |
| ☒ | Certified copy of Transferral Order. |
| ☒ | Original case file documents. |
| ☐ | Please access the electronic case file for additional pleadings you may need. See the attached instructions for details. |

   Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/
by: Yumiko Saito
Case Systems Administrator

**RECEIVED**

SEP 19 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Enclosures
Copies to counsel of record